The People of the State of New York, Respondent, 570643 NY 
against
Tonye Iketubosin, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Diana M. Boyar, J.), rendered March 13, 2014, after a nonjury trial, convicting him of sexual abuse in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Diana M. Boyar, J.), rendered March 13, 2014, affirmed. 
The verdict convicting defendant of third degree sexual abuse (see Penal Law § 130.55) was supported by legally sufficient evidence (see People v Danielson, 9 NY3d 342 [2007]). There is no basis for disturbing the court's determination concerning credibility. The element of intent to obtain sexual gratification could clearly be inferred from the totality of defendant's course of conduct and his statements to the complaining witness (see Matter of Narvanda S., 109 AD3d 710, 712 [2013]; Matter of Xheenan N., 273 AD2d 50 [2000]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 18, 2019